UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division
Case Number:10-14253-CIV-MARTINEZ-WHITE

DARRELL BRUNSON,
Plaintiff,

vs.

JAMES REGAN,
Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE WHITE'S REPORT AND CLOSING CASE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, for a Report on Plaintiff's complaint filed pursuant to 42 U.S.C. § 1983. Magistrate Judge White filed a Report, recommending that Plaintiff's complaint be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge White's Report **(D.E. No. 7)** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that

1. This case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

2. This case is **CLOSED** and all pending motions are **DENIED** as **MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 22 day of December, 2010.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge White
All Counsel of Record
Darrell Brunson